**Order entered July 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00585-CV

### IN THE INTEREST OF S.B.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13791**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's July 17, 2014 request for extension of

time to file the record and **ORDER** the reporter's record be filed no later than August 16, 2014.


/s/ ELIZABETH LANG-MIERS
JUSTICE